ANDREW D. HEROLD, ESQ., Bar No. 178640
aherold@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA  92024
Telephone:  760-487-1047
Facsimile:  760-487-1064

Attorney for Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ADAMS GROUP, INC. and ADAMS GRAIN CO., <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHERN INSURANCE COMPANY OF NEW YORK and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Defendants. | CASE NO. 2:16-CV-01404-TLN-AC <br><br> **STIPULATION AND ORDER TO STAY IN ADVANCE OF TRIAL OF RELATED STATE COURT PROCEEDING** |

WHEREAS, on or about March 14, 2014, Hector Sanchez, filed a personal injury complaint in the Superior Court of California, County of Yolo, against ADAMS GROUP, INC. and ADAMS GRAIN CO. (collectively "Adams") captioned *Hector Sanchez v. Adams Grain Co. and Adams Group, Inc., et. al*, Case No. PO14-446, alleging causes of action for Negligence, Negligence Per Se, Negligent Supervision, Negligent Retention, Premises Liability, Negligent Exercise of Retained Control, Products Liability-Strict Liability, Products Liability-Negligence and Intentional Infliction of Emotional Distress (hereinafter "Underlying Action.").

WHEREAS, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. ("National Union") retained counsel to defend Adams in the Underlying Action;

WHEREAS, ZURICH AMERICAN INSURANCE COMPANY, which asserts that it is the successor-in-interest to NORTHERN INSURANCE COMPANY OF NEW YORK, (collectively

"Northern") was tendered Adams's defense and indemnification in the Underlying Action and has declined an obligation to defend and indemnify Adams;

WHEREAS, trial of the Underlying Action is scheduled for October 11, 2016;

WHEREAS, this matter seeks declaratory relief as to Northern's obligation to defend and indemnify Adams in the Underlying Action, among other things;

WHEREAS, further development of facts and application of law are underway in connection with the Underlying Action that may bear on the necessary discovery and overall disposition of this matter, which once further developed are likely to serve the interests of judicial economy and administrative efficiency in this matter; and

WHEREAS, Northern and National Union each previously received a 28-day extension of time to file and serve their response to the complaint in this action;

THEREFORE, Adams, Northern and National Union hereby agree and stipulate to stay this matter such that the deadline for Northern and National Union to file and serve their respective responses to the complaint in this action is extended to October 11, 2016.

DATED:  August 5, 2016           HANSON BRIDGETT LLP

By:    /s/ Miles C. Holden (as authorized on August 5, 2016)
MILES C. HOLDEN, ESQ.
mholden@hansonbridgett.com
Attorneys for Plaintiffs ADAMS GROUP, INC. and ADAMS GRAIN CO.

DATED:  August 5, 2016           HAIGHT BROWN & BONESTEEL LLP

By:    /s/ Laurie Lo (as authorized on August 5, 2016)
VICTOR R. ANDERSON III, ESQ.
vanderson@hbblaw.com
VALERIE A. MOORE, ESQ.
vmoore@hbblaw.com
LAURIE LO, ESQ.
llo@hbblaw.com
Attorneys for Defendant ZURICH AMERICAN INSURANCE COMPANY, as successor to NORTHERN INSURANCE COMPANY OF NEW YORK

1 | DATED:  August 9, 2016              HEROLD & SAGER

By:    _/s/ Andrew D. Herold___
ANDREW D. HEROLD, ESQ.
aherold@heroldsagerlaw.com
Attorney for Defendant NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA.

## ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED.  The above-referenced case is hereby stayed such that the deadline for Northern and National Union to file and serve their respective responses to the complaint in this action is extended to October 11, 2016.

Dated: August 11, 2016

_____
Troy L. Nunley
United States District Judge