ANDREW D. HEROLD, ESQ., Bar No. 178640
aherold@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA  92024
Telephone:  760-487-1047
Facsimile:  760-487-1064

Attorney for Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| ADAMS GROUP, INC. and ADAMS GRAIN CO., <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHERN INSURANCE COMPANY OF NEW YORK and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Defendants. | CASE NO. 2:16-CV-01404-TLN-AC <br><br> **STIPULATION AND [PROPOSED] ORDER TO STAY DUE TO SETTLEMENT OF UNDERLYING ACTION** |

WHEREAS, on or about March 14, 2014, Hector Sanchez, filed a personal injury complaint in the Superior Court of California, County of Yolo, against ADAMS GROUP, INC. and ADAMS GRAIN CO. (collectively "Adams") captioned *Hector Sanchez v. Adams Grain Co. and Adams Group, Inc., et. al*, Case No. PO14-446, alleging causes of action for Negligence, Negligence Per Se, Negligent Supervision, Negligent Retention, Premises Liability, Negligent Exercise of Retained Control, Products Liability-Strict Liability, Products Liability-Negligence and Intentional Infliction of Emotional Distress (hereinafter "Underlying Action");

WHEREAS, Adams, Northern and National Union previously agreed and stipulated to stay this matter to allow the Underlying Action to develop such that the deadline for Northern and National Union to file and serve their respective responses to the complaint in this action was extended to October 11, 2016 (Docs. 8 and 9);

1     WHEREAS, the parties in the Underlying Action have reached agreement on principal
2 settlement terms and are in the process of finalizing their settlement;

3     WHEREAS, the finalization of the settlement in the Underlying Action may lead to a
4 resolution of the issues in this matter and a dismissal of this action;

5     THEREFORE, Adams, Northern and National Union hereby agree and stipulate to continue
6 the stay of this matter for an additional 80 days to allow the settlement in the Underlying Action to
7 be finalized and for settlement discussions between Adams, Northern and National Union to take
8 place such that the deadline for Northern and National Union to file and serve their respective
9 responses to the complaint in this action is extended to December 30, 2016.

10 DATED: October 7, 2016      HANSON BRIDGETT LLP

12     By:    /s/ Miles C. Holden (as authorized on October 7, 2016)
MILES C. HOLDEN, ESQ.
13 mholden@hansonbridgett.com
Attorneys for Plaintiffs ADAMS GROUP, INC. and
14 ADAMS GRAIN CO.

16 DATED: October 7, 2016      HAIGHT BROWN & BONESTEEL LLP

18     By:    /s/ Laurie Lo (as authorized on October 7, 2016)
VICTOR R. ANDERSON III, ESQ.
19 vanderson@hbblaw.com
VALERIE A. MOORE, ESQ.
20 vmoore@hbblaw.com
LAURIE LO, ESQ.
21 llo@hbblaw.com
Attorneys for Defendant ZURICH AMERICAN
22 INSURANCE COMPANY, as successor to NORTHERN
INSURANCE COMPANY OF NEW YORK

24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

DATED:  October 7, 2016                HEROLD & SAGER

                                By:    /s/Andrew D. Herold
                                       ANDREW D. HEROLD, ESQ.
                                       aherold@heroldsagerlaw.com
                                       Attorney for Defendant NATIONAL UNION FIRE
                                       INSURANCE COMPANY OF PITTSBURGH, PA.

## ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby stayed such that the deadline for Northern and National Union to file and serve their respective responses to the complaint in this action is extended to December 30, 2016.

Dated: October 11, 2016

_____
Troy L. Nunley
United States District Judge