ANDREW D. HEROLD, ESQ., Bar No. 178640
aherold@heroldsagerlaw.com
NICHOLAS B. SALERNO, ESQ., Bar No. 167840
nsalerno@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA  92024
Telephone:  760-487-1047
Facsimile:  760-487-1064

Attorney for Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ADAMS GROUP, INC. and ADAMS GRAIN CO., <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHERN INSURANCE COMPANY OF NEW YORK and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Defendants. | CASE NO. 2:16-CV-01404-TLN-AC <br><br> **STIPULATION AND ORDER TO STAY DUE TO SETTLEMENT OF UNDERLYING ACTION** |

WHEREAS, on or about March 14, 2014, Hector Sanchez, filed a personal injury complaint in the Superior Court of California, County of Yolo, against ADAMS GROUP, INC. and ADAMS GRAIN CO. (collectively "Adams") captioned *Hector Sanchez v. Adams Grain Co. and Adams Group, Inc., et. al*, Case No. PO14-446, alleging causes of action for Negligence, Negligence Per Se, Negligent Supervision, Negligent Retention, Premises Liability, Negligent Exercise of Retained Control, Products Liability-Strict Liability, Products Liability-Negligence and Intentional Infliction of Emotional Distress (hereinafter "Underlying Action");

WHEREAS, Adams, Northern and National Union previously agreed and stipulated to stay this matter to allow the Underlying Action to develop such that the deadline for Northern and National Union to file and serve their respective responses to the complaint in this action was

1  extended to October 11, 2016 (Docs. 8 and 9);

2      WHEREAS, Adams, Northern and National Union subsequently agreed and stipulated to
3  stay this matter further to continue to allow the Underlying Action to be finalized and for settlement
4  discussions between Adams, Northern and National Union to take place such that the deadline for
5  Northern and National Union to file and serve their respective responses to the complaint in this
6  action was again extended to December 30, 2016 (Docs. 10 and 11);

7      WHEREAS, the parties in the Underlying Action are still in the process of finalizing their
8  settlement;

9      WHEREAS, the finalization of the settlement in the Underlying Action may lead to a
10 resolution of the issues in this matter and a dismissal of this action;

11     THEREFORE, Adams, Northern and National Union hereby agree and stipulate to continue
12 the stay of this matter for an additional 60 days to allow the settlement in the Underlying Action to
13 be finalized and for settlement discussions between Adams, Northern and National Union to take
14 place such that the deadline for Northern and National Union to file and serve their respective
15 responses to the complaint in this action is extended to February 28, 2017.

17 DATED:  December 23, 2016        HANSON BRIDGETT LLP

19                                  By:    _/s/Miles C. Holden_ (as authorized on December 23, 2016)
                                           MILES C. HOLDEN, ESQ.
20                                         mholden@hansonbridgett.com
                                           Attorneys for Plaintiffs ADAMS GROUP, INC. and
21                                         ADAMS GRAIN CO.

23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

| | | |
|---|---|---|
| 1 | DATED:  December 22, 2016 | HAIGHT BROWN & BONESTEEL LLP |
| 2 | | |
| 3 | By: | _/s/ Laurie Lo_ (as authorized on December 22, 2016) |
| | | VICTOR R. ANDERSON III, ESQ. |
| 4 | | vanderson@hbblaw.com |
| | | VALERIE A. MOORE, ESQ. |
| 5 | | vmoore@hbblaw.com |
| | | LAURIE LO, ESQ. |
| 6 | | llo@hbblaw.com |
| 7 | | Attorneys for Defendant ZURICH AMERICAN INSURANCE COMPANY, as successor to NORTHERN INSURANCE COMPANY OF NEW YORK |
| 10 | DATED:  December 22, 2016 | HEROLD & SAGER |
| 12 | By: | _/s/ Andrew D. Herold_ |
| | | ANDREW D. HEROLD, ESQ. |
| 13 | | aherold@heroldsagerlaw.com |
| | | NICHOLAS B. SALERNO, ESQ. |
| 14 | | nsalerno@heroldsagerlaw.com |
| 15 | | Attorney for Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. |

**ORDER**

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby stayed such that the deadline for Northern and National Union to file and serve their respective responses to the complaint in this action is extended to February 28, 2017.

DATED this 27th day of December, 2016.

_____
Troy L. Nunley
United States District Judge